IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NIKE, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," <br><br> Defendants. | Case No. 23-cv-04498 <br><br> **Judge Matthew F. Kennelly** |

**PRELIMINARY INJUNCTION ORDER**

THIS CAUSE being before the Court on Plaintiff Nike, Inc.'s ("Plaintiff" or "Nike") Motion for Entry of a Preliminary Injunction, and this Court having heard the evidence before it hereby GRANTS Nike's Motion for Entry of a Preliminary Injunction in its entirety against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A attached hereto (the "Seller Aliases").

THIS COURT HEREBY FINDS that it has personal jurisdiction over the Defendants since the Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars and/or funds from U.S. bank accounts, and have sold products using counterfeit and infringing versions of Nike's federally registered trademarks ("Nike Trademarks") to residents of Illinois. A list of the Nike Trademarks is included in the below chart.

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

1

| Registration Number | Trademark |
|---|---|
| 978952; 1153938; 1214930; 1945654; 1277066; 4704670 | NIKE (word mark) |
| 1307123 | NIKE AIR (word mark) |
| 3192901 | NIKE FREE (word mark) |
| 977190 | (Swoosh design — outline) |
| 1145473 | (Swoosh design — outline) |
| 1323343 | (Swoosh design — solid) |
| 4704672 | (Swoosh design — solid) |
| 1284385 | (Swoosh design — solid) |

| | |
|---|---|
| 1990180 | |
| 2068075 | |
| 1571066 | |
| 1284386 | |
| 1237469 | |
| 1325938 | |

| | |
|---|---|
| 1772987 | NIKE (swoosh logo) |
| 2104329 | nike (script with swoosh) |
| 4764071; 1875307 | JUST DO IT<br>(word mark) |
| 1200529; 2164810 | SWOOSH<br>(word mark) |
| 1508348 | AIR MAX<br>(word mark) |
| 1789463 | AIR TRAINER MAX<br>(word mark) |
| 5503242 | VAPORMAX<br>(word mark) |
| 5286596 | NIKE AIR VAPORMAX<br>(word mark) |
| 2716140 | PRESTO<br>(word mark) |
| 3370246; 3412757 | LEBRON<br>(word mark) |
| 1370283 | AIR JORDAN<br>(word mark) |
| 1686515 | AIR FLIGHT<br>(word mark) |
| 4210496 | MERCURIAL<br>(word mark) |
| 3780236 | DUNK<br>(word mark) |
| 3520484 | AIR FORCE 1<br>(word mark) |
| 1027021 | CORTEZ<br>(word mark) |

| | |
|---|---|
| 1794058; 2571314; 1887959 | DRI-FIT<br>(word mark) |
| 4393310 | FLYKNIT<br>(word mark) |
| 5700611 | TECHKNIT<br>(word mark) |
| 1839775 | THERMA-FIT<br>(word mark) |
| 1558100 | (Jumpman logo) |
| 1742019 | (Jumpman logo) |
| 3725535 | (Air Jordan wings logo) |
| 4254513 | (LeBron James crown logo) |
| 3580156 | (Michael Jordan "M" logo) |
| 4462766 | (KD logo) |
| 3451904 | (Shoe sole design) |

5

| | |
|---|---|
| 3451905 | |
| 5820374 | |
| 3451906 | |
| 3451907 | |
| 6368691 | |
| 6368693 | |
| 6368694 | |

| | |
|---|---|
| 6682467 | |
| 6682468 | |
| 6639127 | |
| 6639128 | |
| 6639129 | |
| 6883603 | |

| | |
|---|---|
| 6639227 | |
| 6876338 | |
| 6876339 | |
| 3714300 | |
| 6878868 | |
| 3711305 | |

| | |
|---|---|
| 3721064 | |
| 3711303 | |
| 6639228 | |

This Court also finds that the injunctive relief previously granted in the Temporary Restraining Order ("TRO") should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Nike's previously granted Motion for Entry of a Temporary Restraining Order establishes that Nike has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that Nike will suffer irreparable harm if the injunction is not granted. Specifically, Nike has demonstrated a *prima facie* case of trademark infringement because (1) the Nike Trademarks are distinctive marks and are registered with the U.S. Patent and Trademark Office on the Principal Register, (2) Defendants are not licensed or authorized to use any of the Nike Trademarks, and (3)

Defendants' use of the Nike Trademarks is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with Nike. Furthermore, Defendants' continued and unauthorized use of the Nike Trademarks irreparably harms Nike through diminished goodwill and brand confidence, damage to Nike's reputation, and loss of exclusivity. Monetary damages fail to address such damage and, therefore, Nike has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. As such, this Court orders that:

1. Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be preliminarily enjoined and restrained from:

    a. using the Nike Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Nike product or not authorized by Nike to be sold in connection with the Nike Trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Nike product or any other product produced by Nike, that is not Nike's or not produced under the authorization, control or supervision of Nike and approved by Nike for sale under the Nike Trademarks;

    c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control or supervision of Nike, or are sponsored by, approved by, or otherwise connected with Nike;

    d. further infringing the Nike Trademarks and damaging Nike's goodwill; and

e.  manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Nike, nor authorized by Nike to be sold or offered for sale, and which bear any of Nike's trademarks, including the Nike Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof.

2.  Upon Nike's request, any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc. ("eBay"), AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc. ("Amazon"), ContextLogic Inc. d/b/a Wish.com ("Wish.com"), Walmart, Inc. ("Walmart"), Etsy, Inc. ("Etsy"), Temu, LLC ("Temu"), and DHgate (collectively, the "Third Party Providers") shall, within seven (7) calendar days after receipt of such notice, provide to Nike expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to:

    a.  the identities and locations of Defendants, their affiliates, officers, agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information and all associated e-mail addresses;

    b.  the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Online Marketplaces; and

    c. any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), eBay, Alipay, Alibaba, Ant Financial Services Group ("Ant Financial"), Amazon Pay, Wish.com, Walmart, DHgate, Etsy, Temu, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

3. Upon Nike's request, those with notice of the injunction, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the Nike Trademarks.

4. Defendants shall be temporarily and preliminarily restrained and enjoined from transferring or disposing of any money or other Defendants' assets until further ordered by this Court.

5. Any Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, DHgate, Etsy, Temu, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order:

    a. locate all accounts and funds connected to Defendants' Seller Aliases and Online Marketplaces, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto; and

    b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

6. Nike is authorized to issue expedited written discovery to Defendants, pursuant to Federal Rules of Civil Procedure 33, 34 and 36, related to:

    a. the identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information, including any and all associated e-mail addresses; and

    b. the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Online Marketplaces.

Nike is authorized to issue any such expedited discovery requests via e-mail. Defendants shall respond to any such discovery requests within three (3) business days of being served via e-mail.

7. Nike may provide notice of these proceedings to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Complaint, this Order and other relevant documents on a website and by sending an e-mail to Defendants that includes a link to said website. The Clerk of the Court is directed to issue a single original summons in the name of "The Partnerships and all other Defendants identified in the Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any

notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

8. Schedule A to the Complaint [2], Exhibit 3 to the Declaration of Joe Pallett [16], and the TRO [21] are unsealed.

9. Any Defendant or other persons that is subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and Northern District of Illinois Local Rules.

10. The $10,000 bond posted by Nike shall remain with the Court until a Final disposition of this case or until this Preliminary Injunction is terminated.

IT IS SO ORDERED.

Dated: August 16, 2023

Matthew F. Kennelly
United States District Judge

**Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 23-cv-04498**

# Schedule A

| Defendant Online Marketplaces | | |
|---|---|---|
| No | URL | Name / Seller Alias |
| 1 | jbklanyard.en.alibaba.com | Guangzhou Daxin Electronic Commerce Co., Ltd. |
| 2 | a3china.en.alibaba.com | Henan Huaying Shoes Co., Ltd. |
| 3 | bodaclothing.en.alibaba.com | Jian 'ou City Boda E-Commerce Firm |
| 4 | zhundu.en.alibaba.com | Jinjiang Zhundu Shoes & Garments Co., Ltd. |
| 5 | genwei2023.en.alibaba.com | Nanchang Gengwei Trading Co., Ltd. |
| 6 | jjangju.en.alibaba.com | Quanzhou Angju Trading Co., Ltd. |
| 7 | aoruilian.en.alibaba.com | Quanzhou Aoruilian Trading Co., Ltd. |
| 8 | hellosport.en.alibaba.com/minisiteentrance.html | Quanzhou Hello Sports Products Co., Ltd. |
| 9 | oneslon.en.alibaba.com | Quanzhou Oneslon Trading Co., Ltd. |
| 10 | zhuangzeshoes.en.alibaba.com | Quanzhou Zhuangze Trading Co., Ltd. |
| 11 | longbu.en.alibaba.com/minisiteentrance.html | Quanzhoushi Fengzequ Yihai Shoes Firm |
| 12 | xxyk.en.alibaba.com | Sichuan Xixiaoyankai Technology Co., Ltd. |
| 13 | dibufootwear.en.alibaba.com | Wenzhou King-Footwear Co., Ltd. |
| 14 | matroxshoes.en.alibaba.com | Wenzhou Matrox Shoes Co., Ltd. |
| 15 | holatrade.en.alibaba.com | Yiwu Zhongtiao E-Commerce Firm |
| 16 | magotan.en.alibaba.com | Zhongshan Magotan Hardware Co., Ltd. |
| 17 | aliexpress.com/store/1102641696 | 2075Shop1102643658 Store |
| 18 | aliexpress.com/store/1102766597 | Children Anime Clothes Store |
| 19 | aliexpress.com/store/1102029144 | HOBIBEAR Kids Store |
| 20 | aliexpress.com/store/1101382642 | I.ALOG Official Store |
| 21 | aliexpress.com/store/1102051120 | Shop1100367269 Store |
| 22 | aliexpress.com/store/1102165050 | YEHENG YEHENG Sports Shoes Store |
| 23 | amazon.com/sp?seller=A37PBO4TVOXFP7 | 80% WALL DECOR |
| 24 | amazon.com/sp?seller=A11LUXUW9TKQM | A11LUXUW9TKQM |
| 25 | amazon.com/sp?seller=A26S6EQYDDEO25 | A26S6EQYDDEO25 |
| 26 | amazon.com/sp?seller=A2J35YCYGKSR11 | A2J35YCYGKSR11 |
| 27 | amazon.com/sp?seller=A7KWKE9FFGJXI | A7KWKE9FFGJXI |
| 28 | amazon.com/sp?seller=A36RIB2QAZP817 | Acsuwird |
| 29 | amazon.com/sp?seller=A3UI0JTETPTXZ6 | AIJEWEI |
| 30 | amazon.com/sp?seller=A1AZTEAHWDDGJ3 | Alysofia Hot Sales Store |

| | | |
|---|---|---|
| 31 | amazon.com/sp?seller=AMU63P721ZEXQ | Amzalbb |
| 32 | amazon.com/sp?seller=AE5Q5G8VFS2ZD | Andiew Elan |
| 33 | amazon.com/sp?seller=A1FVN0YXPXZG36 | Bacury |
| 34 | amazon.com/sp?seller=AJ1RURGSDKKJ | Beautiful Lucky Store |
| 35 | amazon.com/sp?seller=A1PVXV3UKO92TY | chengdujianwuludianzishangwuyouxiangongsi |
| 36 | amazon.com/sp?seller=A160J4FDWR6ND | Chuangzhou |
| 37 | amazon.com/sp?seller=A2U1AV6LOAMECE | East William Inc |
| 38 | amazon.com/sp?seller=A1KZ27X1S7I6LL | EXGOX-Direct |
| 39 | amazon.com/sp?seller=A1FQ0UC35SQ4T7 | FoShanAnQi |
| 40 | amazon.com/sp?seller=A1TQWDIAYVQ9LZ | gaigekaifang |
| 41 | amazon.com/sp?seller=A2JHNGFP894WBV | GeMaiDi |
| 42 | amazon.com/sp?seller=A2M2U5GDXL60LX | GIGUA |
| 43 | amazon.com/sp?seller=A2RYX5B4X7KH24 | Guangzhou Taihui Trading Co., LTD |
| 44 | amazon.com/sp?seller=A3FRNBLJ1ZWIPO | guoyuehuausa |
| 45 | amazon.com/sp?seller=A3KUJ4MDVMNKP9 | GWGaoHanxiaodian |
| 46 | amazon.com/sp?seller=A8H2CDAD51ELR | haikoudaijianlvmaoyiyouxiangongsi |
| 47 | amazon.com/sp?seller=A2Q5KS2J9X1WKE | HANGmingganaB |
| 48 | amazon.com/sp?seller=A254RHLVPPW4UF | haoran8745 |
| 49 | amazon.com/sp?seller=A4N3VTMMAM757 | Hengjiangdingxin |
| 50 | amazon.com/sp?seller=ADR0RA7HYXXIC | HGYtjlo |
| 51 | amazon.com/sp?seller=A1J99X4GMQBDXZ | hongchengmaiyi-US |
| 52 | amazon.com/sp?seller=A1NOMN3BDWOHPT | IWTB1108 |
| 53 | amazon.com/sp?seller=A162YZG51HWLUF | JakkoCarParts |
| 54 | amazon.com/sp?seller=A22XTVSKJQLT6F | jincanshangmaozhongxin |
| 55 | amazon.com/sp?seller=A3332QUXB196VL | JINGHAO INC |
| 56 | amazon.com/sp?seller=A2Q9WKDI1GEC1E | jinjiang junfan trading co.,ltd |
| 57 | amazon.com/sp?seller=A34SZ2ZI5OMZI4 | jinquandianzishangwu2 |
| 58 | amazon.com/sp?seller=A1LXBSWH2RFP5S | Jooniehouse |
| 59 | amazon.com/sp?seller=A3PJP62J100V9H | Jumeibang |
| 60 | amazon.com/sp?seller=A38QAATM9FS3H4 | Kgamfar |
| 61 | amazon.com/sp?seller=A3MUKIVC7U2MZW | KLDISPEGFV |
| 62 | amazon.com/sp?seller=A3QCOQX85C39SB | KOUYUN |
| 63 | amazon.com/sp?seller=ABDP5RJIQM71J | kunmingzangyoushangmaoyouxiangongsi1 |
| 64 | amazon.com/sp?seller=A344Q7HTSBTPNF | LANCHUAN |
| 65 | amazon.com/sp?seller=A38JZE44NOHNNK | LAoutun Store |
| 66 | amazon.com/sp?seller=A1Q9K69GWTPM41 | lifeihudamaijia |
| 67 | amazon.com/sp?seller=A1RL8ZN1A4XLWA | Lin-QPENG |
| 68 | amazon.com/sp?seller=AXKQLC57X2LGY | linsaihua1 |
| 69 | amazon.com/sp?seller=A2IGT84P4GB3QY | LIN-Y-Z |
| 70 | amazon.com/sp?seller=APM5CL35ZJO4G | LTYYeYuanXixiaodian |

| | | |
|---|---|---|
| 71 | amazon.com/sp?seller=A3R8RFWBTZGD97 | LuTao-US |
| 72 | amazon.com/sp?seller=A1KGO4HK11H9R4 | Mathew Ethan |
| 73 | amazon.com/sp?seller=A3STFWEAOR45JI | MaYingYing |
| 74 | amazon.com/sp?seller=A1WNJLZJGE844X | Newqidian |
| 75 | amazon.com/sp?seller=A1CW8DNGAXI6 | Punk-US |
| 76 | amazon.com/sp?seller=A1EU45DBO21C2Q | QQSTR |
| 77 | amazon.com/sp?seller=A9J3HCE7H0AWH | Sanya Yuliuyi Trading Co., LTD |
| 78 | amazon.com/sp?seller=A1SIMMB1TTUNO8 | shenghongbaihuo |
| 79 | amazon.com/sp?seller=A3K85DUFYTU12V | Shop of friendship |
| 80 | amazon.com/sp?seller=A10XKYSLJUH4TF | Shopfull1 |
| 81 | amazon.com/sp?seller=A31RGPGQ7SNR4E | slotal |
| 82 | amazon.com/sp?seller=A7R2VQSK83OXA | Soluo Store |
| 83 | amazon.com/sp?seller=A3R0RV6HI3RLNI | tomioka |
| 84 | amazon.com/sp?seller=A3EA652DR4XH7J | TooooBeeeeNo1 |
| 85 | amazon.com/sp?seller=A2N8R08NNJJFU9 | Troomf |
| 86 | amazon.com/sp?seller=AL3YLEK97U5WH | Visit the Bolognifi Store |
| 87 | amazon.com/sp?seller=A2GHDBJJE8OQ0M | Wangzeejueng |
| 88 | amazon.com/sp?seller=A18H8DXMN46IUA | weifangmengdiwangluokejiyouxiangongsi |
| 89 | amazon.com/sp?seller=A3A2BZ0BBRC1BX | wuhumoxingdianzishangwuyouxiangongsi |
| 90 | amazon.com/sp?seller=A1BU3YCKORFUQ | xiamenchengxuandakejiyouxiangongsi |
| 91 | amazon.com/sp?seller=A2QHKNHURATOD6 | Xindi Co., Ltd. |
| 92 | amazon.com/sp?seller=A20J015WQTWNJ8 | yichangweizanshangmaoyouxiangongsi |
| 93 | amazon.com/sp?seller=A7ODPQ59RE84U | YiJia TRADING |
| 94 | amazon.com/sp?seller=A1A12PNQQRRTVH | YLPLPCG |
| 95 | amazon.com/sp?seller=AZIB2JT2L7RX7 | yongguopuzi |
| 96 | amazon.com/sp?seller=A1EA6EUT1TB5BY | YONGLAGEDEDE |
| 97 | amazon.com/sp?seller=AW1AUDSTV9SPE | zhouhongyudianpu |
| 98 | amazon.com/sp?seller=A222DVLCD2DQT1 | zhouli5461 |
| 99 | dhgate.com/store/21857730 | good_shoes_shop |
| 100 | ebay.com/usr/bysq1-73 | bysq1-73 |
| 101 | ebay.com/usr/camp_crafters | camp_crafters |
| 102 | ebay.com/usr/dihappeti | dihappeti |
| 103 | ebay.com/usr/goodwang | goodwang |
| 104 | ebay.com/usr/hielokka01 | hielokka01 |
| 105 | ebay.com/usr/huanliu369 | huanliu369 |
| 106 | ebay.com/usr/hujndt | hujndt |
| 107 | ebay.com/usr/hyz_3970 | hyz_3970 |
| 108 | ebay.com/usr/jj8888-1 | jj8888-1 |
| 109 | ebay.com/usr/lemaiekre | lemaiekre |
| 110 | ebay.com/usr/lvllan1989 | lvllan1989 |
| 111 | ebay.com/usr/lwro9880 | lwro9880 |
| 112 | ebay.com/usr/obaulg | obaulg |

| | | |
|---|---|---|
| 113 | ebay.com/usr/qingqingfushi1 | qingqingfushi1 |
| 114 | ebay.com/usr/quilt-cover-seller | quilt-cover-seller |
| 115 | ebay.com/usr/superego | superego |
| 116 | etsy.com/shop/UFCGear | UFCGear |
| 117 | instagram.com/gonfikegamukp/ | gonfikegamukp |
| 118 | instagram.com/michelleharrisqygofqakld/ | michelleharrisqygofqakld |
| 119 | ccstore.shop | ccstore.shop |
| 120 | icekick.ru | icekick.ru |
| 121 | jordanperfect.com | jordanperfect.com |
| 122 | letmesound.com | letmesound.com |
| 123 | stockxbest.com | stockxbest.com |
| 124 | wish.com/merchant/581074589c30df198f3bd7fb | 581074589c30df198f3bd7fb |
| 125 | wish.com/merchant/5d5cec8240defd46d7a725c3 | atlas sany |
| 126 | wish.com/merchant/5b9a5d74a627f31689c786c6 | Chinamjfc |
| 127 | wish.com/merchant/618310d5351bd9a706f3afee | Intimate fashion |
| 128 | wish.com/merchant/60a494f88acf9236fb3feade | liangyanyin1651 |
| 129 | wish.com/merchant/5fecddd5053f27317a24f539 | Mazenite |
| 130 | wish.com/merchant/5ffa80b0fa8a2539b9536eac | Shosine |
| 131 | wish.com/merchant/616e58ef163eab9fdcfecc1d | taoran86429 |